**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1011**

_____

JOSE ELIAS LORENZANA-GUERRA,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: September 8, 2022                    Decided: September 12, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Tilman Dunbar, Jr., LAW OFFICE OF TILMAN DUNBAR, JR., Silver Spring, Maryland, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Lindsay Dunn, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Elias Lorenzana-Guerra (Lorenzana), a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of Lorenzana's application for cancellation of removal under 8 U.S.C. § 1229b(b)(1).  In denying cancellation of removal, the immigration judge found, in relevant part, that Lorenzana failed to show that his removal would cause an exceptional and extremely unusual hardship for his U.S.-citizen son.  We review this determination as a mixed question of fact and law.  *Gonzalez Galvan v. Garland*, 6 F.4th 552, 560 (4th Cir. 2021).

We have reviewed the administrative record in conjunction with the arguments advanced by Lorenzana and conclude there is no error in the agency's dispositive hardship determination.  Accordingly, we deny the petition for review for the reasons stated by the Board.  *In re Lorenzana-Guerra* (B.I.A. Dec. 3, 2021).  We dispense with oral argument because the facts and legal questions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*